"O"



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ROBERT SKALLERUD,<br><br>Defendant. | Case No. SA CR 13-00011-CJC<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Substantial criminal history since 1989, history of substance abuse, multiple instances of absconding from Court-ordered treatment programs, offenses while under supervision/probation; association with multiple names and dates of birth*

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Substantial prior criminal history since 1989 including violence and drug offenses, history of substance abuse, history of probation and parole violations*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: June 22, 2017

JOHN D. EARLY
United States Magistrate Judge