FILED-SOUTHERN DIVISION
CLERK U.S. DISTRICT COURT

OCT 17 2017

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Scott Robert Skallerud <br> Defendant. | Case No.: SACR 13-11-CJC <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist of CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __instant allegations, association with multiple personal identifiers__

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __criminal history, substance abuse__

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 10/17/17

*/s/ Karen E. Scott*
~~ROBERT N. BLOCK~~ KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE